UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JUAN SERGIO GALICIA BLANCO,

                      Plaintiff,                      **MEMORANDUM AND**
-against-                                    **ORDER**

GOOD FUN FOODS INC. and NANCY      22-CV-6551 (SIL)
CHAO,

                      Defendants.
----------------------------------------------------------------X

**STEVEN I. LOCKE, United States Magistrate Judge:**

      On October 20, 2023, in this wage and hour action brought pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law ("NYLL"), N.Y. Lab. Law § 190 *et seq.* and § 650 *et seq.,* Plaintiff Juan Sergio Galicia Blanco and Defendants Good Fun Foods Inc. and Nancy Chao submitted a motion seeking approval of a Settlement Agreement and Release (the "Settlement Agreement").[1] *See* DE [25]. On November 13, 2023, the parties appeared before this Court for a fairness hearing pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). *See* DE [28].

      Having reviewed the submissions in support of the parties' application and considered the parties' presentations at oral argument, the Court finds that the Settlement Agreement's terms are fair and reasonable. *See Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement agreement to determine that it is fair and reasonable).

---

[1] This action has been assigned to this Court for all purposes pursuant to 28 U.S.C. § 636(c). *See* Consent to Jurisdiction, Docket Entry ("DE") [26].

Accordingly, the Settlement Agreement is approved, and the Clerk of the Court is directed to close this case.

Dated:   Central Islip, New York        **SO ORDERED.**
         November 13, 2023

                                        /s/ Steven I. Locke
                                        STEVEN I. LOCKE
                                        United States Magistrate Judge